IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | CRIMINAL NO. 1:13-CR-0210 |
| | : | |
| v. | : | (Chief Judge Conner) |
| | : | |
| **MARTHA ORTIZ** | : | |

## **ORDER**

AND NOW, this 28th day of May, 2014, upon consideration of the motion (Doc. 238) to suppress other crimes evidence pursuant to Federal Rule of Evidence 404(b), see FED. R. EVID. 404(b) (prohibiting evidence "of a crime, wrong, or other act . . . to prove a person's character" but enumerating exceptions for admission of such evidence), filed by defendant Martha Ortiz ("Ortiz"), wherein Ortiz seeks exclusion at trial of certain statements made to law enforcement during custodial interrogation to the extent those statements constitute other crimes evidence, (Doc. 238 ¶¶ 16-17), and seeks exclusion specifically of Paragraph 3 of the DEA-6 form dated September 24, 2013, and attached as Exhibit A to Ortiz's motion, (id. Ex. A ¶ 3), and further upon consideration of the government's response (Doc. 273) to the motion wherein the government indicates that it does not intend to introduce this statement at trial in the above-captioned matter, (id. at 4), and the court construing the government's response as the government's concurrence in Ortiz's motion, it is

hereby ORDERED that the defendant's motion (Doc. 238) is GRANTED and Paragraph 3 of the DEA-6 form dated September 24, 2013, shall be inadmissible at trial in the above-captioned matter.

      /S/ CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania