# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | NO. 1:13-CR-0210-02 |
| | : | |
| | : | |
| **v.** | : | **(Chief Judge Conner)** |
| | : | |
| **MARTHA ORTIZ,** | : | |
| **Defendant** | : | |

## ORDER

AND NOW, this 26th day of January, 2015, upon consideration of counsel for the government's concurred in oral motion to dismiss Count 3 of the Indictment and Counts 6 and 7 of the Superseding Indictment against defendant Martha Ortiz, in the above-captioned matter, which was presented to the court at a separate hearing concerning defendant Ortiz, on this date, it is hereby ORDERED that the government's motion is GRANTED and said counts are DISMISSED.

/S/CHRISTOPHER C. CONNER
Christopher C. Conner, Chief Judge
United States District Court
Middle District of Pennsylvania